

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00200-CR
### NO. 02-14-00201-CR

GARY T. OWENS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1241750D, 1339386D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Gary T. Owens pled guilty and judicially confessed to aggravated assault with a deadly weapon and aggravated robbery with a deadly weapon in exchange for the State's offer of fifteen years' confinement and waiver of the habitual offender allegations. The trial court followed the plea bargains,

---

[1]*See* Tex. R. App. P. 47.4.

convicted Appellant of the offenses, and sentenced him to fifteen years' confinement, awarding credit for time served.

In each case, the trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal. Accordingly, we informed Appellant by letter that each case was subject to dismissal unless he or any party desiring to continue the appeals showed grounds for continuing them.[2] Appellant's pro se response does not show grounds for continuing the appeals. We therefore dismiss these appeals.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 7, 2014

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).